# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAKE TREVOR NORMAN,<br><br>    Defendant. | Case No. 3:17-cr-00175-SLG |

## ORDER RE MOTION TO DISMISS PETITION

Before the Court at Docket 84 is the Government's Motion to Dismiss the Petition to Revoke Supervised Release, filed at Docket 72. Upon due consideration, the motion is hereby GRANTED.

IT IS ORDERED that the Petition at Docket 72 is hereby DISMISSED. All pending hearings and deadlines in this matter are VACATED.

DATED this 2nd day of February, 2024.

          */s/ Sharon L. Gleason*
          UNITED STATES DISTRICT JUDGE